J. B. WILKINSON v. OVALO WAREHOUSE ASS'N et al. (No. ┼603.) *

(Court of Civil Appeals of Texas. El Paso. June 25, 1925. Rehearing Denied Oct. 29, 1925.)

Appeal from District Court, Taylor County; W. R. Ely, Judge.

Stinson, Coombes & Brooks, of Abilene, for appellant.

Dallas Scarborough and J. W. Moffett, both of Abilene, for appellees.

HIGGINS, J. This case is companion to cause No. 1602, First State Bank of Ovalo v. Ovalo Warehouse Association et al., 276 S. W. 773, this day decided.

Upon the ground stated in the opinion rendered in cause No. 1602 this case should be affirmed, and it is so ordered.

Affirmed.

PELPHREY, C. J., did not sit in this case. .